UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marilyn Kelly, derivatively on behalf                                      Civ. No. 17-3885 (PAM/SER)
of Polaris Industries, Inc.,

        Plaintiff,

v.                                                                                                 **ORDER**

Scott W. Wine, Annette K. Clayton,
Kevin M. Farr, Gary E. Hendrickson,
Gwenne Henricks, Bernd F. Kessler,
Lawrence D. Kingsley, John Wiehoff,
Michael T. Speetzen, Michael W. Malone,
Kenneth J. Pucel, Matthew J. Homan,
Bennet J. Morgan, David C. Longren, and
Polaris Industries, Inc., Nominal Defendant,

        Defendants.

---

This matter is before the Court on a Joint Stipulation of Dismissal Without Prejudice. (Docket No. 19.) Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED without prejudice**, with each party bearing their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>December 11, 2017</u>

                                      *s/ Paul A. Magnuson*
                                      Paul A. Magnuson
                                      United States District Court Judge