# UNITED STATES DISTRICT COURT
## District of Minnesota

Marilyn Kelly, derivatively on of
Polaris Industries, Inc.,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number:  17-cv-3885 (PAM/SER)

Scott W. Wine, Annette K. Clayton,
Kevin M. Farr, Gary E. Hendrickson,
Gwenne Henricks, Bernd F. Kessler,
Lawrence D. Kingsley, John Wiehoff,
Michael T. Speetzen, Michael W. Malone,
Kenneth J. Pucel, Matthew J. Homan,
Bennet J. Morgan, David C. Longren, and
Polaris Industries, Inc., Nominal Defendant,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED without prejudice**, with each party bearing their own costs and attorneys' fees.

Date:  December 11, 2017                         RICHARD D. SLETTEN, CLERK

                                                              s/Lynnette Brennan
                                                    (By)  Lynnette Brennan, Deputy Clerk